# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LEXOS MEDIA IP, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> NIKE, INC. <br><br> *Defendant*. | Civil Action No. 2:22-cv-00311-JRG <br><br> **LEAD CASE** <br><br> **JURY TRIAL DEMANDED** |
| LEXOS MEDIA IP, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> WALMART INC, and WAL-MART.COM USA, LLC <br><br> *Defendants*. | Civil Action No. 2:22-cv-00316-JRG <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS WALMART INC.'S AND WAL-MART.COM USA, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Walmart Inc. and Wal-Mart.com USA, LLC disclose the following:

Defendant Walmart Inc. has no parent corporation and no publicly held corporation owns 10% or more of the stock of Walmart Inc.

Defendant Wal-Mart.com USA, LLC, a Delaware limited liability company, of which Wal-Mart Stores East, LP is the General Partner and Walmart Inc. (formerly known as Wal-Mart Stores, Inc.) is the Limited Partner.

DATED: October 24, 2022                Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 North College Avenue
Suite 900
Tyler, TX  75702
903-534-1100
903-534-1137 Fax
efindlay@findlaycraft.com
bcraft@findlaycraft.com

*Counsel for Defendants Walmart Inc. and Wal-Mart.com USA, LLC*

## CERTIFICATE OF SERVICE

I certify that on October 24, 2022, I served a true and correct copy of the foregoing document on all counsel of record via Electronic Case Filing System for the United States District Court for the Eastern District of Texas.

*/s/ Eric H. Findlay*
Eric H. Findlay