# EXHIBIT 1



| | |
|---|---|
| Document title: | WD Arkeia Network Backup Appliance DA1300 - network drive - 8 TB - WDBZMB0080KBK-WESN - - |
| Capture URL: | https://www.cdw.com/product/wd-arkeia-network-backup-appliance-da1300-network-drive-8-tb/3163039 |
| Page loaded at (UTC): | Fri, 30 Sep 2022 15:54:48 GMT |
| Capture timestamp (UTC): | Fri, 30 Sep 2022 15:55:10 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | d7f8c5a7-b83f-4f10-a36f-6aef0644e43b |
| User: | marshall-scummings |



Hardware    Software    Services    IT Solutions    Brands    Research Hub

What can we help you find today?

Notifications    Sign In    Cart

Home / Data Storage Products / Drive Arrays / Data Deduplication

# WD Arkeia Network Backup Appliance DA1300 - network drive - 8 TB

MFG.PART: WDBZMB0080KBK-WESN    CDW PART: 3163039    UNSPSC: 43201803

Tech Specs



**This item was discontinued on March 01, 2015**

**Contact Sales Assistance**
**(800) 800-4239**, Monday-Friday 7am-7:30pm CT

    

## Quick tech specs

- Network drive
- HDD 2 TB x 4
- Gigabit Ethernet
- 8 TB
- RAID 1

View All ↓

## Know your gear

The WD Arkeia DA1300 is an all-in-one network backup appliance with an ultra-compact desktop pedestal design, ideal for small businesses and for remote offices or branch offices. The DA1300 is a fast, easy- to-use, and affordable backup solution with enterprise-class capabilities easily configured within minutes.

MFG.PART: WDBZMB0080KBK-WESN   CDW PART: 3163039   UNSPSC: 43201803

Tech Specs

## Top Rated Products (12)



[Sun Blade 6000 Chassis - tower - 10U - up to 10 blades](#)

★★★★★ (1)
**$8,645.99**
Advertised Price



[Pelican 1660 Universal Rolling Case](#)

★★★★★ (1)
**$512.99**
Advertised Price



[Cooler Master N400 - tower - ATX](#)

★★★★★ (1)
**$89.99**
Advertised Price



[EDGE - DDR3 - kit - 32 GB: 4 x 8 GB - DIMM 240-pin - 1600 MH...](#)

★★★★★ (1)
**$91.99**
Advertised Price



[Total Micro Memory OptiPlex 3020, 7...70...](#)

★★★★★
**$39.99**
Advertised Price

TECH SPEC

## It's all in the details

Expand all Specs +

| | |
|---|---|
| Bay Provided ⌄ | Power Device |
| Cabinet ⌄ | Processor |
| Chassis ⌄ | RAM |
| Dimensions & Weight ⌄ | Service |
| Environmental Parameters ⌄ | Service & Support |
| Expansion Bays ⌄ | Software |
| Hard Drive ⌄ | Storage |

↑ Back to top

MFG.PART: WDBZMB0080KBK-WESN   CDW PART: 3163039   UNSPSC: 43201803

**Tech Specs**

| Header | ⌄ | Storage Controller |
| Interface Provided | ⌄ | Storage Hard Drive |
| Miscellaneous | ⌄ | Storage Removable |
| Networking | ⌄ | System Requirements |
| Optical Storage | ⌄ | |

**WE GET GETTING RESULTS**

With full-stack expertise, CDW helps you design, orchestrate and manage technologies that drive business success.

What We Solve →

Research Hub →

Products →

My Account
Quick Order Status

**ABOUT US**

Why CDW
About Us
Accessibility Statement
Careers
Investor Relations
Diversity and Inclusion
ESG
International Solutions
Locations
Newsroom & Media
Suppliers

**HOW CAN WE HELP**

Customer Support / FAQs
eProcurement
e-Waste Recycling
Leasing Services
Product Recalls
Corporate Gifts
Product Finders
CDW Outlet

Contact An Expert: P 800.800.4239 | Email Us

CDW   CDW-G   Canada   CDW-UK

Norton SECURED
powered by VeriSign

BBB ACCREDITED BUSINESS
BBB Rating: A+

↑ Back to top

WD Arkeia Network Backup Appliance DA1300 - network drive - 8 TB

MFG.PART: WDBZMB0080KBK-WESN    CDW PART: 3163039    UNSPSC: 43201803

**Tech Specs**

| Networking | ⌄ | System Requirements | |
|---|---|---|---|
| Optical Storage | ⌄ | | |

# WE GET GETTING RESULTS

With full-stack expertise, CDW helps you design, orchestrate and manage technologies that drive business success.

**What We Solve →**

**Research Hub →**

**Products →**

My Account
Quick Order Status

**ABOUT US**

Why CDW
About Us
Accessibility Statement
Careers
Investor Relations
Diversity and Inclusion
ESG
International Solutions
Locations
Newsroom & Media
Suppliers

**HOW CAN WE HELP**

Customer Support / FAQs
eProcurement
e-Waste Recycling
Leasing Services
Product Recalls
Corporate Gifts
Product Finders
CDW Outlet

Contact An Expert: P 800.800.4239 | **Email Us**

CDW    CDW-G    Canada    CDW-UK

Site Map

Privacy Notice

Cookie Notice

Terms and Conditions

Copyright © 2007 - 2022 CDW. All Rights Reserved. CDW®, CDW•G® and PEOPLE WHO GET IT® are registered trademarks of CDW LLC. All other trademarks and registered trademarks are the sole property of their respective owners.

↑ Back to top

Document title: WD Arkeia Network Backup Appliance DA1300 - network drive - 8 TB - WDBZMB0080KBK-WESN - -
Capture URL: https://www.cdw.com/product/wd-arkeia-network-backup-appliance-da1300-network-drive-8-tb/3163039
Capture timestamp (UTC): Fri, 30 Sep 2022 15:55:10 GMT