# EXHIBIT 2




| | |
|---|---|
| Document title: | ASUS VivoBook S15 S533EA-DH74-WH: Price and specs - Kelaptop |
| Capture URL: | https://kelaptop.com/en/asus-vivobook-s15-s533ea-dh74-wh-s533ea-dh74-wh |
| Page loaded at (UTC): | Thu, 13 Oct 2022 16:54:57 GMT |
| Capture timestamp (UTC): | Thu, 13 Oct 2022 16:55:27 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 0e95ed9c-a68b-4a44-9623-9abbf5619544 |
| User: | marshall-scummings |




Document title: ASUS VivoBook S15 S533EA-DH74-WH: Price and specs - Kelaptop
Capture URL: https://kelaptop.com/en/asus-vivobook-s15-s533ea-dh74-wh-s533ea-dh74-wh
Capture timestamp (UTC): Thu, 13 Oct 2022 16:55:27 GMT



Kelaptop Laptops

| Native aspect ratio |
| --- |
| 16:9 |

## Processor

| Processor family | Processor manufacturer | Processor model |
| --- | --- | --- |
| Intel® Core™ i7 | Intel | i7-1165G7 |
| **Processor frequency** | **Generación del procesador** | **Processor boost frequency** |
| 2,8 GHz | Intel Core i7-11xxx | 4,7 GHz |
| **Processor cores** | **Processor cache** | **Configurable TDP-up frequency** |
| 4 | 12 MB | 2,8 GHz |
| **Configurable TDP-up** | **Configurable TDP-down** | **Configurable TDP-down frequency** |
| 28 W | 12 W | 1,2 GHz |

## Memory

| Internal memory | Internal memory type | Memory form factor |
| --- | --- | --- |
| 16 GB | DDR4-SDRAM | On-board |

## Storage

| Total storage capacity | Storage media | Optical drive type |
| --- | --- | --- |
| 512 GB | SSD | No |
| **Total SSDs capacity** | **Number of SSDs installed** | **SSD capacity** |
| 512 GB | 1 | 512 GB |
| **SSD interface** | **NVMe** | **SSD form factor** |
| NVMe,PCI Express 3.0 | Yes | M.2 |
| **Card reader integrated** | **Compatible memory cards** | |
| Yes | MicroSD (TransFlash) | |

## Graphics

| On-board graphics card | Discrete graphics card | Discrete graphics card model |
| --- | --- | --- |
| Yes | Yes | NVIDIA GeForce MX350 |
| **On-board graphics card model** | **Discrete graphics card memory** | **Discrete graphics memory type** |
| Intel Iris Xe Graphics | 2 GB | GDDR5 |

## Audio

| Audio system | Built-in microphone |
| --- | --- |
| SonicMaster | Yes |



## Camera

Document title: ASUS VivoBook S15 S533EA-DH74-WH: Price and specs - Kelaptop
Capture URL: https://kelaptop.com/en/asus-vivobook-s15-s533ea-dh74-wh-s533ea-dh74-wh
Capture timestamp (UTC): Thu, 13 Oct 2022 16:55:27 GMT




Document title: ASUS VivoBook S15 S533EA-DH74-WH: Price and specs - Kelaptop
Capture URL: https://kelaptop.com/en/asus-vivobook-s15-s533ea-dh74-wh-s533ea-dh74-wh
Capture timestamp (UTC): Thu, 13 Oct 2022 16:55:27 GMT



Kelaptop Laptops

| Embedded options available | Intel Virtualization Technology for Directed I/O (VT-d) | Intel Virtualization Technology (VT-x) |
|---|---|---|
| No | Yes | Yes |

## Battery

| Battery capacity (Watt-hours) | Battery technology | Number of battery cells |
|---|---|---|
| 50 Wh | Lithium-Ion (Li-Ion) | 3 |

## Power

| AC adapter power | AC adapter frequency | AC adapter input voltage |
|---|---|---|
| 65 W | 50/60 Hz | 100 - 240 V |

| AC adapter output current | AC adapter output voltage |
|---|---|
| 3,42 A | 19 V |

## Security

| Fingerprint reader | Trusted Platform Module (TPM) | Password protection |
|---|---|---|
| Yes | Yes | Yes |

| Password protection type |
|---|
| BIOS,User |

## Weight & dimensions

| Weight | Width | Depth |
|---|---|---|
| 4 lbs (1,8 kg) | 14.2 " (359,8 mm) | 9.2 " (233,8 mm) |

| Height |
|---|
| 0.6 " (16,1 mm) |

## Technical details

| Repairability index |
|---|
| 6.3 |

Pretty Little Bikini

Kelaptop
Laptop comparison

We compile and classify prices and specs of thousands of laptops to help you find the one that best suits your needs.

Terms and conditions
Privacy policy
Cookie policy

Copyright © Kelaptop. All rights reserved.