

UAET (02-2008)

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 2:22-cv-00311-JRG

Name of party requesting extension: Nike, Inc.

Is this the first application for extension of time in this case?   ✔ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 8/30/2022

Number of days requested:   ✔ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 11/30/2022   *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: John M. Guaragna

State Bar No.: Texas 24043308

Firm Name: DLA Piper LLP (US)

Address: 303 Colorado St., Suite 3000
Austin, TX 78701

Phone: (512) 457-7000

Fax: (512) 457-7001

Email: john.guaragna@dlapiper.com

A certificate of conference does not need to be filed with this unopposed application.