

UAET (02-2008)

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:22-cv-00311(Consolid

Name of party requesting extension: Northern Tool & Equipment Company, Inc.

Is this the first application for extension of time in this case?
- ☑ Yes
- ☐ No

If no, please indicate which application this represents:
- ☐ Second
- ☐ Third
- ☐ Other _____

Date of Service of Summons: 9/22/2022

Number of days requested:
- ☑ 30 days
- ☐ 15 days
- ☐ Other ___ days

New Deadline Date: 12/21/2022 *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Mark D. Siegmund

State Bar No.: 24117055

Firm Name: Steckler Wayne Cherry & Love, PLLC

Address: 8416 Old McGregor Road
Waco, TX 76712

Phone: 254-651-3690

Fax: 254-651-3689

Email: mark@swclaw.com

A certificate of conference does not need to be filed with this unopposed application.