IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LEXOS MEDIA IP, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) LEAD CASE No. 2:22-CV-00311 |
| v. | ) |
| | ) |
| NIKE, INC., | ) |

| | |
|---|---|
| LEXOS MEDIA IP, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) [Case No. 2:22-cv-00275-JRG] |
| v. | ) Member Case |
| | ) |
| CDW LLC., | ) |

## NOTICE OF APPEARANCE

Defendant CDW LLC files this Notice of Appearance of Counsel and hereby notifies the Court that John J. Lucas of Marshall, Gerstein & Borun, LLP, 233 South Wacker Drive, 6300 Willis Tower, Chicago, IL 60606 is appearing as counsel for CDW LLC. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: October 28, 2022               Respectfully submitted,

                                      */s/ John J. Lucas*
                                      John J. Lucas (Reg. No. 6330053)
                                      MARSHALL GERSTEIN & BORUN LLP
                                      233 S. Wacker Dr., Suite 6300
                                      Chicago, IL 60606
                                      T: 312.474.6300

E: jlucas@marshallip.com

*Attorney for Defendant
CDW LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 28, 2022.

*/s/ John J. Lucas*
John J. Lucas
