# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LEXOS MEDIA IP, LLC,<br><br>    *Plaintiff*,<br><br>  v.<br><br>NIKE, INC.,<br><br>    *Defendant*. | Case No. 2:22-cv-00311-JRG<br>(Lead Case)<br><br>JURY TRIAL DEMANDED |
| LEXOS MEDIA IP, LLC<br><br>    *Plaintiff*,<br><br>  v.<br><br>CDW LLC.,<br><br>    *Defendant*. | Case No. 2:22-cv-00275-JRG<br>(Member Case) |

## **NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that Melissa R. Smith of Gillam & Smith, LLP enters her appearance on behalf of Defendant CDW LLC in this matter as counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail melissa@gillamsmithlaw.com.

Dated: November 3, 2022          Respectfully submitted,

    By: */s/ Melissa R. Smith*
    Melissa R. Smith
    State Bar No. 24001351
    GILLAM & SMITH, LLP
    303 South Washington Avenue
    Marshall, Texas 75670
    Tel: (903) 934-8450
    Fax: (903) 934-9257
    melissa@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 3, 2022.

/s/ Melissa R. Smith