# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LEXOS MEDIA IP, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> NIKE, INC. <br><br> *Defendant*. | Civil Action No. 2:22-cv-00311-JRG <br><br> **LEAD CASE** <br><br> **JURY TRIAL DEMANDED** |
| LEXOS MEDIA IP, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> THE GAP, INC. <br><br> *Defendant*. | Civil Action No. 2:22-cv-00299-JRG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant The Gap, Inc. ("Gap"), files this Notice of Appearance, and hereby notifies the Court that Eric H. Findlay, of the law firm Findlay Craft, P.C., 102 North College Avenue, Suite 900, Tyler, Texas 75702, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: efindlay@findlaycraft.com has entered this action as counsel for Gap. In connection with this notice, Mr. Findlay requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: November 4, 2022

Respectfully submitted,

By: /s/ *Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, P.C.

102 North College Avenue<br>
Suite 900<br>
Tyler, TX  75702<br>
(903) 534-1100<br>
(903) 534-1137 FAX<br>
efindlay@findlaycraft.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Eric H. Findlay*
Eric H. Findlay