IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LEXOS MEDIA IP, LLC,** § | | |
| § | | |
| *Plaintiff,* § | | |
| § | Civil Case No. 2:22-cv-00311-JRG | |
| v. § | | |
| § | LEAD CASE | |
| **NIKE, INC.,** § | | |
| § | **JURY TRIAL DEMANDED** | |
| *Defendant.* § | | |
| § | | |
| **LEXOS MEDIA IP, LLC,** § | | |
| § | | |
| *Plaintiff,* § | | |
| § | Civil Case No. 2:22-cv-00355-JRG | |
| v. § | | |
| § | | |
| **NORTHERN TOOL & EQUIPMENT** § | **JURY TRIAL DEMANDED** | |
| **COMPANY, INC.** § | | |
| § | | |
| *Defendant.* § | | |

## NOTICE OF APPEARANCE

Please take notice that Greg Love of the law firm STECKLER WAYNE CHERRY & LOVE, PLLC, is appearing as additional counsel for Defendant Northern Tool & Equipment Company, Inc. Mr. Love hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above-entitled and numbered cause be copied to and served upon him as follows:

Steckler Wayne Cherry & Love, PLLC
107 East Main Street
Henderson, Texas 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267
Email: greg@swclaw.com

Dated: November 7, 2022

*/s/ Greg Love*
Greg Love
Texas Bar No. 24013060
greg@swclaw.com
Steckler Wayne Cherry & Love, PLLC
107 East Main Street
Henderson, Texas 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

*Attorney for Northern Tool
& Equipment Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on all counsel of record through the Court's electronic filing system on November 7, 2022.

*/s/ Greg Love*
Greg Love