Revised: 9/3/15

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By Nakisha Love at 12:30 pm, Nov 07, 2022

1. This application is being made for the following: Case # 2:22-cv-00311-JRG.

Style/Parties: Lexos Media IP, LLC v. Nike, Inc.

2. Applicant is representing the following party/ies: Nike, Inc.

3. Applicant was admitted to practice in California on November 17, 2000.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has / ~~has not~~ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has / ~~has not~~ ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has / ~~has not~~ been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: Commonwealth of Virginia, Supreme Court of Virginia, Eastern District of Virginia, State of California, Northern, Southern, and Eastern Districts of California, and the U.S. Court of Appeals for the Federal Circuit.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Edward H. Sikorski, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: November 7, 2022                              Signature */s/ Edward H. Sikorski*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name:  Edward H. Sikorski
State Bar Number:  CA 208576
Firm Name:  DLA Piper US LLP
Address/P.O. Box:  401 B Street, Suite 1700
City/State/Zip: San Diego, CA 92101-4297
Telephone #: (619) 699-2645
Fax #: (619) 764-6645
E-mail Address:  Ed.sikorski@us.dlapiper.com
Secondary E-Mail Address:

This application has been approved for the court on: _____**11/7/22**_____

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By ___*NakishaLove*_____
Deputy Clerk