IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00311-JRG |
| | § | |
| NIKE, INC., | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Nike, Inc. files this Notice of Appearance of Counsel and shows:

1. Nike, Inc. desires to designate Andy Tindel as additional counsel for Nike, Inc. in the above referenced civil action.

2. Andy Tindel is a member in good standing of the bar of the United States District Court for the Eastern District of Texas. The information required by E. DIST. TEX. LOC. CT. R. CV-11 for appearing counsel is as follows:

ANDY TINDEL
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel:    (903) 596-0900
Fax:    (903) 596-0909
Email: atindel@andytindel.com

All notices, orders or other filings concerning the above referenced civil action may be delivered to Andy Tindel via the contact information listed above.

Dated: November 11, 2022

Respectfully submitted,

_____
ANDY TINDEL
Texas State Bar No. 20054500

MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel:   (903) 596-0900
Fax:   (903) 596-0909
Email:  atindel@andytindel.com

ATTORNEYS FOR DEFENDANT
NIKE, INC.

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 11th day of November, 2022. Any other counsel of record will be served via electronic transmission.

_____
Andy Tindel