**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC<br><br>v.<br><br>NIKE, INC. | § § § § § § § | CASE NO. 2:22-cv-00311-JRG<br>(Lead Case) |
| LEXOS MEDIA IP, LLC<br><br>v.<br><br>CDW LLC | § § § § § § | CASE NO. 2:22-cv-00275-JRG<br>(Member Case) |
| LEXOS MEDIA IP, LLC<br><br>v.<br><br>ULTA BEAUTY, INC., | § § § § § | CASE NO. 2:22-cv-00292-JRG<br>(Member Case) |
| LEXOS MEDIA IP, LLC<br><br>v.<br><br>THE GAP, INC. | § § § § § | CASE NO. 2:22-cv-00299-JRG<br>(Member Case) |
| LEXOS MEDIA IP, LLC<br><br>v.<br><br>WALMART, INC., et al | § § § § § § | CASE NO. 2:22-cv-00316-JRG<br>(Member Case) |
| LEXOS MEDIA IP, LLC<br><br>v.<br><br>NORTHERN TOOL & EQUIPMENT COMPANY, INC. | § § § § § § | CASE NO. 2:22-cv-00355-JRG<br>(Member Case) |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Jacob W. Young, enters his appearance in the above-referenced proceeding for Defendant Ulta Beauty, Inc. Mr. Young is admitted to practice in this court, and Defendants respectfully request that the court take note of this Notice of Appearance and make Jacob W. Young one of its attorneys of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Jacob W. Young at the address set forth below.

Jacob W. Young
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
T: (214) 922-3400/ F: (214) 922-3899
Email: Jacob.Young@alston.com

Dated: November 14, 2022              Respectfully submitted,

By: */s/ Jacob W. Young*
Yuri Mikulka (*Pro Hac Vice*)
yuri.mikulka@alston.com
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, California 90071
T: (213) 576-1000/ F: (213) 576-1100

Robert L. Lee (Georgia Bar No. 443,978)
Bob.Lee@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree St. NE Atlanta, Georgia 30309
T: (404) 881-7000/ F: (404) 881-7777

Jacob W. Young (TX 24131943)
Jacob.Young@alston.com
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
T: (214) 922-3400/F: (214) 922-3899

*Attorneys for Defendant*
*Ulta Beauty, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 14, 2022.

                                             */s/ Jacob W. Young*
                                             Jacob Young