IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| LEXOS MEDIA IP, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>NIKE, INC.,<br><br>    Defendant. | Case No.: 2:22- cv-00311-JRG<br>*(Lead Case)* |
| LEXOS MEDIA IP, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>THE GAP, INC.,<br><br>    Defendant. | Case No.: 2:22- cv-00299-JRG<br>*(Member Case)*<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT THE GAP, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant The Gap, Inc. states that it has no parent company, and there is no publicly held company that owns 10% or more of its stock.

November 23, 2022	Respectfully submitted,

/s/ *Robert T. Cruzen*
Robert T. Cruzen
rob.cruzen@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Fax: (503) 595-5301

Eric H. Findlay
efindlay@findlaycraft.com
Findlay Craft, P.C.
102 North College Avenue
Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Fax: (903) 534-1137

Counsel for
THE GAP, INC.

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule CV-5(c), I hereby certify that on the 23rd day of November, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

/s/ *Robert T. Cruzen*
Robert T. Cruzen
