IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | CASE NO. 2:22-cv-00311-JRG (Lead Case) |
| NIKE, INC. | § § | |
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | CASE NO. 2:22-cv-00275-JRG (Member Case) |
| CDW LLC | § § | |
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | CASE NO. 2:22-cv-00292-JRG (Member Case) |
| ULTA BEAUTY, INC. | § § | |
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | CASE NO. 2:22-cv-00299-JRG (Member Case) |
| THE GAP, INC. | § § | |
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | CASE NO. 2:22-cv-00316-JRG (Member Case) |
| WALMART, INC., et al | § § | |
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | CASE NO. 2:22-cv-00355-JRG (Member Case) |
| NORTHERN TOOL & EQUIPMENT COMPANY, INC. | § § § | |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff Lexos Media, IP LLC ("Plaintiff" or "Lexos Media") and Defendants Nike, Inc., CDW LLC, Ulta Beauty Inc., The Gap, Inc., Walmart Inc. and Wal-Mart.com USA, LLC, and Northern Tool & Equipment Company, Inc. (collectively, "Defendants") hereby move for the Court to extend the time to file their Joint Claim Construction and Prehearing Statement Pursuant to Patent Rule 4-3 and the Court's Docket Control Order (Dkt. 35). The Parties request a 1-day

extension in order to give all Defendants time to complete the Joint Claim Construction Statement. This would make the deadline to submit the Joint Claim Construction Statement July 21, 2023. This extension will not impact any other deadlines. The Parties also hereby submit the Joint Claim Construction Statement herein as Exhibit A.

Dated:  July 21, 2023

| | |
|---|---|
| **BUETHER JOE & COUNSELORS, LLC** | **DLA PIPER LLP (US)** |
| By: */s/ Eric W. Buether* <br> Eric W. Buether <br> Texas State Bar No. 03316880 <br> Eric.Buether@BJCIPLaw.com <br> Christopher M. Joe <br> Texas State Bar No. 00787770 <br> Chris.Joe@BJCIPLaw.com <br> Kenneth P. Kula <br> Texas State Bar No. 24004749 <br> Ken.Kula@BJCIPLaw.com <br> 1700 Pacific Avenue <br> Suite 4750 <br> Dallas, Texas 75201 <br> Telephone:        (214) 466-1271 <br> Facsimile:         (214) 635-1827 | By: */s/ John M. Guaragna* <br> John M. Guaragna <br> john.guaragna@us.dlapiper.com <br> Texas Bar No. 24043308 <br> DLA Piper LLP (US) <br> 303 Colorado St., Suite 3000 <br> Austin, Texas 78701 <br> Phone: 512.457.7000 <br><br> Richard Mulloy (*pro hac vice*) <br> richard.mulloy@us.dlapiper.com <br> Edward H. Sikorski (*pro hac vice*) <br> ed.sikorski@us.dlapiper.com <br> Peter Maggiore (*pro hac vice*) <br> peter.maggiore@us.dlapiper.com <br> Catherine Huang (*pro hac vice*) <br> catherine.huang@us.dlapiper.com <br> DLA Piper LLP (US) <br> 401 B Street, Suite 1700 <br> San Diego, California 92101 <br> Phone: 619.699.2700 |
| **SETHLAW PLLC** <br><br> */s/ Sandeep Seth* <br> Sandeep Seth <br> Texas State Bar No. 18043000 <br> ss@sethlaw.com <br> 700 Milam Street, Suite 1300 <br> Houston, Texas 77002 <br> Telephone:        (713) 244-5017 <br> Facsimile:         (713) 244-5017 | **ATTORNEYS FOR DEFENDANT NIKE, INC.** |
| **ATTORNEYS FOR PLAINTIFF** <br> **LEXOS MEDIA IP, LLC** | **MARSHALL GERSTEIN & BORUN LLP** <br><br> By: */s/ John J. Lucas* <br> Benjamin T. Horton (Reg. No. 6286428) <br> MARSHALL GERSTEIN & BORUN LLP <br> 233 S. Wacker Dr., Suite 6300 <br> Chicago, IL 60606 <br> T: 312.474.6300 <br> E: bhorton@marshallip.com <br> E: jlucas@marshallip.com <br><br> **ATTORNEY FOR DEFENDANT** <br> **CDW LLC** |

**ALSTON & BIRD LLP**

By: */s/ Yuri Mikulka*
Yuri Mikulka (*Pro Hac Vice*)
yuri.mikulka@alston.com
ALSTON & BIRD LLP
333 S. Hope Street, 16th Floor
Los Angeles, California 90071
T: (213) 576-1000/ F: (213) 576-1100

Robert L. Lee (Georgia Bar No. 443,978)
Bob.Lee@alston.com
ALSTON & BIRD LLP
1201 West Peachtree St. NE
Atlanta, Georgia 30309
T: (404) 881-7000/ F: (404) 881-7777

**ATTORNEYS FOR DEFENDANT
ULTA BEAUTY, INC.**


**FINDLAY CRAFT, P.C.**

By: */s/ Eric H. Findlay*
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Ave. Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
Robert T. Cruzen
Oregon State Bar No 080167
rob.cruzen@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204
Telephone: (503) 595-5300
Fax: (503) 595-5301

**ATTORNEYS FOR DEFENDANT
THE GAP, INC.**

        **FINDLAY CRAFT, P.C.**

By: */s/ Eric H. Findlay*
    State Bar No. 00789886
    Brian Craft
    State Bar No. 04972020
    FINDLAY CRAFT, P.C.
    7270 Crosswater Ave. Suite B
    Tyler, Texas 75703
    Tel: (903) 534-1100
    Fax: (903) 534-1137
    Email: efindlay@findlaycraft.com
    Email: bcraft@findlaycraft.com

    **ATTORNEYS FOR DEFENDANT WALMART, INC., ET AL.**

**TAFT STETTINIUS & HOLLISTER LLP**

By: */s/ Kristine M. Boylan*
    Kristine M. Boylan (*Pro Hac Vice*)
    W. Michael Etienne (*Pro Hac Vice*)
    TAFT STETTINIUS & HOLLISTER LLP
    2200 IDS Center, 80 S. 8th Street
    Minneapolis, MN  55402
    Telephone: (612) 977-8878
    Facsimile: (612) 977-8650
    Email: KBoylan@Taftlaw.com
    Email: MEtienne@taftlaw.com

    Melissa R. Smith
    State Bar No. 24001351
    melissa@gillamsmithlaw.com
    GILLAM & SMITH, LLP
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
    GILLAM & SMITH, LLP

    **ATTORNEYS FOR DEFENDANT NORTHERN TOOL & EQUIPMENT COMPANY, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(c) on this 21st day of July 2023. Any other counsel of record will be served by facsimile transmission and first class mail.

*/s/ Eric W. Buether*
Eric W. Buether

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that that counsel for the Parties have met and conferred on the 21st day of July 2023 regarding the content herein, and the Parties are all in agreement with this Joint Submission.

*/s/ Eric W. Buether*
Eric W. Buether