IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | CASE NO. 2:22-cv-00311-JRG (Lead Case) |
| NIKE, INC. | § | |
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | CASE NO. 2:22-cv-00275-JRG (Member Case) |
| CDW LLC | § | |
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | CASE NO. 2:22-cv-00292-JRG (Member Case) |
| ULTA BEAUTY, INC. | § | |
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | CASE NO. 2:22-cv-00299-JRG (Member Case) |
| THE GAP, INC. | § | |
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | CASE NO. 2:22-cv-00316-JRG (Member Case) |
| WALMART, INC., et al | § | |
| LEXOS MEDIA IP, LLC, | § § | |
| v. | § § | CASE NO. 2:22-cv-00355-JRG (Member Case) |
| NORTHERN TOOL & EQUIPMENT COMPANY, INC. | § § § | |

ORDER GRANTING
JOINT MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff Lexos Media, IP LLC ("Plaintiff" or "Lexos Media") and Defendants Nike, Inc., CDW LLC, Ulta Beauty Inc., The Gap, Inc., Walmart Inc. and Wal-Mart.com USA, LLC, and Northern Tool & Equipment Company, Inc. (collectively, "Defendants") Joint Motion for Extension of Time (the "Motion"). Having considered the same, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

1

Accordingly, it is **ORDERED** that the Joint Claim Construction and Prehearing Statement Pursuant to Patent Rule 4-3 is now due July 21, 2023.