# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NIKE, INC.,<br><br>Defendant. | § § § § § § § § § § | CASE NO. 2:22-cv-00311-JRG<br>(Lead Case) |
| LEXOS MEDIA IP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ULTA BEAUTY, INC.,<br><br>Defendant. | § § § § § § § § § § § | CASE NO. 2:22-cv-00292-JRG<br>(Member Case) |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Defendant Ulta Beauty, Inc. files this Notice of Designation of Lead Counsel and hereby

notifies the Court that Janice L. Ta of the law firm of Perkins Coie LLP should be designated as

lead counsel for Defendant Ulta Beauty, Inc.

Dated: August 24, 2023

Respectfully submitted,

　　　　*/s/ Janice L. Ta*
Janice L. Ta
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Telephone: (737) 256-6100
Facsimile: (737) 256-6300
Email: JTa@perkinscoie.com
Texas State Bar No. 24075138

Attorneys for Defendant
Ulta Beauty, Inc.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served August 24, 2023 to all counsel of record, via the Court's CM/ECF system.

*/s/ Janice L. Ta*
Janice L. Ta
