# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC | § | |
| | § | CIVIL ACTION NO. 2:22-CV-00311-JRG |
| v. | § | (Lead Case) |
| | § | |
| NIKE, INC. | § | |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC | § | |
| | § | CIVIL ACTION NO. 2:22-CV-00292-JRG |
| v. | § | (Member Case) |
| | § | |
| CDW LLC | § | |

## ORDER

Before the Court is Defendant Ulta Beauty, Inc.'s ("Defendant") Motion to Withdraw and Substitute Counsel (the "Motion"). (Dkt. No. 144.) In the Motion, Defendant requests that attorneys Yuri Mikulka, Robert L. Lee, Ravi Shah, and Jacob W. Young and their firm Alston & Bird LLP be permitted to withdraw as counsel of record in the above-captioned case. (*Id*. at 1.) Defendant further requests that Janice Ta of the firm Perkins Coie LLP be substituted as counsel for Defendant. The Motion is unopposed. (*Id*. at 1, 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that attorneys Yuri Mikulka, Robert L. Lee, Ravi Shah, and Jacob W. Young and their firm Alston & Bird LLP be permitted to **withdraw** as counsel of record for Defendant in the above-captioned case, and that Janice Ta of the firm Perkins Coie LLP be substituted as counsel for Defendant. It is further **ORDERED** that the Clerk shall **terminate** attorneys Yuri Mikulka, Robert L. Lee, Ravi Shah, and Jacob W. Young and their firm Alston & Bird LLP as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 25th day of August, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE