# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC | § | |
| | § | CIVIL ACTION NO. 2:22-CV-00311-JRG |
| v. | § | (Lead Case) |
| | § | |
| NIKE, INC. | § | |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC | § | |
| | § | CIVIL ACTION NO. 2:22-CV-00292-JRG |
| v. | § | (Member Case) |
| | § | |
| ULTA BEAUTY, INC. | § | |

## ORDER

Before the Court is the Joint Motion for Dismissal of Matter (the "Motion") filed by Plaintiff Lexos Media IP, LLC ("Plaintiff") and Defendant Ulta Beauty, Inc. ("Defendant"). (Dkt. No. 214.) In the Motion, the parties represent that they have resolved all claims for relief asserted between them in the above-captioned member case and request that the case be dismissed with prejudice. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims and causes of action asserted in the above-captioned member case are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorneys' fees and costs. Any pending request for relief not expressly granted herein is **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned member case, Civil Action No. 2:22-cv-00292-JRG, as no claims or parties remain.

**So Ordered this**

**Feb 24, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE